UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-02456-WFJ-SPF

XYZ CORPORATION,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff XYZ Corporation, by undersigned counsel, hereby gives NOTICE that the foregoing document is being electronically filed.

Additionally, the foregoing document is in compliance with the Court's Sealed Order (Dkt. 19), ordering that: "The Clerk of Court is directed to issue a single original summons in the name of "shayne 10 and all other Defendants identified in Schedule 'A' of the Complaint" that shall apply to all Defendants." Sealed Order, at 14.

Date:  November 11, 2022         Respectfully submitted,

                     By:    _/s/ A. Robert Weaver_____
                          **THE BRICKELL IP GROUP, PLLC**
                          **Arthur Robert Weaver, Trial Counsel**
                          Fla. Bar No. 92132

Email: rweaver@brickellip.com
400 North Tampa Street, 15th Floor
Tampa, FL, 33602
Tel: 813-278-1358

**Richard Guerra**
Fla. Bar No. 689521
Email: rguerra@brickellip.com
1101 S. Brickell Ave.
South Tower, Suite 800
Miami, FL 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Counsel for Plaintiff*