UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-02456-WFJ-SPF

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, residing in the county of Hillsborough, and I am an attorney for Plaintiff CreeLED, Inc. in the above captioned action.

On November 22, 2022, The Brickell IP Group, PLLC emailed copies of the Complaint (Dkt. 1), Issued Summons (Dkt. 24), and sealed Order granting the temporary restraining order (Dkt. 18) to each Defendant listed on Schedule "A" based on e-mail addresses provided by Amazon.com in response to Plaintiff's third party subpoena.

The Defendants were contemporaneously provided a link to Plaintiff's publication website https://www.dropbox.com/scl/fo/nsdkq9heax57r2rnhilat/h?dl=0&rlkey=wwflm1p

mrhooukg5zjfvkpmsm on which Plaintiff has maintained copies of all filings in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2022 at Hillsborough County, Florida.

By:    */s/ A. Robert Weaver*
**THE BRICKELL IP GROUP, PLLC**
**Arthur Robert Weaver, Trial Counsel**
Fla. Bar No. 92132
Email: rweaver@brickellip.com
400 North Tampa Street, 15th Floor
Tampa, FL, 33602
Tel: 813-278-1358

**Richard Guerra**
Fla. Bar No. 689521
Email: rguerra@brickellip.com
1101 S. Brickell Ave.
South Tower, Suite 800
Miami, FL 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Counsel for Plaintiff*